```
 1  Jeffrey L. Braff (PA Bar No. 28080)
    Admitted Pro Hac Vice
 2  COZEN O'CONNOR
    1900 Market Street
 3  Philadelphia, PA  19103
    Telephone: 215.665.2000
 4  Facsimile: 215.665.2013

 5  Steven L. Rodriguez, State Bar No. 199313
    COZEN O'CONNOR
 6  425 California Street, Suite 2400
    San Francisco, California  94104
 7  Telephone: 415.617.6100
    Facsimile: 415.617.6101
 8
    Attorneys for Plaintiff and Third-Party Defendant
 9  HEALTHCARE SERVICES GROUP, INC.
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICK T. BENTON,<br><br>  Defendant.<br>_____<br><br>PATRICK T. BENTON,<br><br>  Defendant and Third-Party Plaintiff,<br><br>  v.<br><br>HEALTHCARE SERVICES GROUP, INC., a Pennsylvania corporation, ROES 1-10, inclusive,<br><br>  Plaintiff and Third-Party Defendants. | Case No.: 3:06-cv-06218-JSW<br><br>**PARTIES' STIPULATION, JOINT REQUESTS FOR DISMISSALS WITH PREJUDICE AND ORDER**<br><br>Complaint Filed: 9/27/06 |

Plaintiff and third-party defendant HEALTHCARE SERVICES GROUP, INC. hereby requests that this Court dismiss its complaint against PATRICK T. BENTON with prejudice.

Defendant and third-party plaintiff PATRICK T. BENTON hereby requests that this Court dismiss his third-party complaint against HEALTHCARE SERVICES GROUP, INC. with prejudice.

**IT IS SO STIPULATED.**

DATED: 2/24/07     LAW OFFICE OF BOYD E. BURNISON

By: _____
Boyd E. Burnison, Esq.
Attorneys for Defendant and Third-Party
Plaintiff PATRICK T. BENTON

DATED: 2/26/07     COZEN O'CONNOR

By: _____
Steven L. Rodriguez
Attorneys for Plaintiff and Third-Party
Defendant HEALTHCARE SERVICES
GROUP, INC.

**ORDER**

The court having reviewed the foregoing stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff and third-party defendant HEALTHCARE SERVICES GROUP, INC.'s complaint is hereby dismissed WITH PREJUDICE. Defendant and third-party plaintiff PATRICK T. BENTON's third-party complaint is hereby dismissed against HEALTHCARE SERVICES GROUP, INC. with prejudice

Dated: Febraury 28, 2007     _____
Judge Jeffrey S. White
United States District Court Judge

SAN_FRANCISCO\38843\1  191117.000